# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**VEOTIS MULDROW**
**ADC # 123054**                                                                                      **PLAINTIFF**

v.            5:08CV00219 BSM/HDY (Lead Case)
              5:08CV00220 BSM/HDY (Consolidated Case)

**ED ADAMS, Captain, W.C. "Dub" Brassell Detention**
**Center; MAYS, Ms., W.C. "Dub" Brassell**
**Detention Center; and HURST, Jail Administrator,**
**W.C. "Dub" Brassell Detention Center**                                                **DEFENDANTS**

## ORDER

For purposes of clarification of the record, the Consent to Proceed Before a United States Magistrate Judge (Doc. No. 15) applies in both *Muldrow v. Adams, et al.*, Case No. 5:08CV00219 BSM/HDY (Lead Case) and *Muldrow v. Adams, et al.*, Case No. 5:08CV00220 BSM/HDY (Consolidated Case), as the cases were consolidated prior to consent and have the same parties. The court directs that all further pleadings shall be styled as noted above, but filed only in the lead case, 3:07-cv-00119 BSM.

IT IS SO ORDERED this 24th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE