**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

VEOTIS MULDROW
ADC # 123054                                                                                                          PLAINTIFF

V.                        5:08CV00219 HDY (lead)
                          5:08CV0220 HDY

ED ADAM, Captain, W.C. "Dub" Brassell Detention
Center; MAYS, Mrs., W.C. "Dub" Brassell
Detention Center; and HURST, Jail Administrator,
W.C. "Dub" Brassell Detention Center                                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Orders that have been entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

DATED this   11   day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE